1  Nikolaus A. Woloszczuk (State Bar No. 286633)
   PRANGER LAW PC
2  88 Guy Place, Suite 405
3  San Francisco, California 94105
   nwoloszczuk@prangerlaw.com
4  Tel: (415) 960-3191
   Fax: (415) 944-1110
5
   *Attorney for Defendant Chateau de Reve LLC*
6

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMAINE CARNEROS, LTD.,<br><br>            Plaintiff,<br>    v.<br><br>CHATEAU DE REVE LLC,<br><br>            Defendant. | Case No. 4:23-cv-04896-JSW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CHATEAU DE REVE LLC TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(a)**<br><br>Current Deadline: October 24, 2023<br>New Deadline: November 27, 2023<br><br>Complaint Filed: September 25, 2023<br>Judge: Hon. Jeffrey S. White |

## STIPULATION

Pursuant to Civil Local Rule 6-1(a), the parties have stipulated and hereby agree through their respective attorneys to a 34-day extension of time for Defendant Chateau de Reve LLC to answer or otherwise respond to the Complaint in this matter. The parties do not believe the extension should alter the date of any event or any deadline already fixed by Court order. The original response deadline is October 24, 2023 and the new stipulated deadline is November 27, 2023.

Respectfully Submitted,

Dated: October 24, 2023

| By: | By: |
|---|---|
| */s/ Katja Loeffelholz* | */s/ Nikolaus A. Woloszczuk* |
| Katja Loeffelholz | Nikolaus A. Woloszczuk |
| SBN 224407 | SBN 286633 |
| DICKENSON, PEATMAN & FOGARTY | PRANGER LAW PC |
| 1500 First Street, Suite 200 | 88 Guy Place, Suite 405 |
| Napa, California 94559 | San Francisco, California 94105 |
| Tel: (707) 252-7122 | Tel: (415) 960-3191 |
| Fax: (707) 340-7239 | Fax: (415) 944-1110 |
| kl@dpf-law.com | nwoloszczuk@prangerlaw.com |
| *Attorney for Plaintiff Domain Carneros, Ltd.* | *Attorney for Defendant Chateau de Reve LLC* |

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing has been obtained from other signatories

Dated:  October 23, 2023             By: */s Nikolaus A. Woloszczuk*
                                         Nikolaus A. Woloszczuk