KATJA LOEFFELHOLZ (SBN 224407)
kl@dpf-law.com
JOY L. DURAND (SBN 245413)
jdurand@dpf-law.com
DICKENSON, PEATMAN & FOGARTY
1500 First Street, Suite 200
Napa, California 94559
Telephone: (707) 252-7122
Facsimile: (707) 340- 7239

*Attorneys for Plaintiff*
*Domaine Carneros, Ltd.*

NIKOLAUS A. WOLOSZCZUK (SBN 286633)
nwoloszczuk@prangerlaw.com
PRANGER LAW PC
88 Guy Place, Suite 405
San Francisco, California 94105
Telephone: (415) 960-3191
Facsimile: (415) 944-1110

*Attorney for Defendant*
*Chateau de Reve LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMAINE CARNEROS, LTD.,<br><br>        Plaintiff,<br><br>    vs.<br><br>CHATEAU DE REVE LLC,<br><br>        Defendant. | **Case No. 4:23-cv-04896-JSW**<br>_____<br><br>**STIPULATED DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be DISMISSED WITHOUT PREJUDICE in its entirety with each party to bear its own costs and attorneys' fees.

DATED: December 12, 2023					DICKENSON, PEATMAN & FOGARTY


								By:  /s/ Katja Loeffelholz
								    Katja Loeffelholz (SBN 224407)
								    kl@dpf-law.com
								    Joy L. Durand (SBN 245413)
								    jdurand@dpf-law.com
								    1500 First Street, Suite 200
								    Napa, CA 94559
								    Tel. No.: (707) 261-7000

								    *Attorneys for Domaine Carneros, Ltd.*


DATED: December 12, 2023					PRANGER LAW PC



								By:  /s/ Nikolaus A. Woloszczuk
								    Nikolaus A. Woloszczuk (SBN 286633)
								    nwoloszczuk@prangerlaw.com
								    88 Guy Place, Suite 405
								    San Francisco, California 94105
								    Tel. No.: (415) 960-3191

								    *Attorney for Chateau de Reve LLC*

     Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing has been obtained from other signatories.


 Dated: December 12, 2023			By: */s/ Katja Loeffelholz*