1

2

3

**UNITED STATES DISTRICT COURT**

4

**NORTHERN DISTRICT OF CALIFORNIA**

5

DOMAINE CARNEROS, LTD.,

Plaintiff,

v.

6

7

CHATEAU DE REVE LLC,

8

Defendant.

9

10

11

12

13

Case No. 4:23-cv-04896-JSW

[PROPOSED] ORDER GRANTING
STIPULATED DISMISSAL WITHOUT
PREJUDICE  AS MODIFIED

Complaint Filed: September 25, 2023
Judge: Hon. Jeffrey S. White

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    The Court, having reviewed Plaintiff Domaine Carneros, Ltd. and Defendant

2 Chateau de Reve LLC's Stipulated Dismissal Without Prejudice, **HEREBY**

3 **ORDERS THAT** the above-captioned action, including all of the parties' claims and

4 counterclaims, is DISMISSED WITHOUT PREJUDICE it its entirety with each party

5 to bear its own costs and attorneys' fees.  **The Court notes that no order is required**

6 **under Fed. R. Civ. P. 41(a)(1).**

7    **IT IS SO ORDERED.**

8  DATED: December 12, 2023                    _____

9                                               HON. JEFFREY S. WHITE
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28